**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**      : | |
| : | **CASE NO. 1:21-CR-737 (EGS)** |
| **v.**      : | |
| : | |
| **JEFFREY WILLIAM HUBBARD,**      : | |
| : | |
| **Defendant.**      : | |

**ORDER**

Upon consideration of the Government's Consent Motion to Continue the Status Hearing scheduled for April 26, 2022, it is this ___ day of _____, 2022 hereby

**ORDERED**, that the Motion to Continue the Status Hearing is **GRANTED** and the Status Hearing will be continued until _____, 2022 at _____; and it is

**FURTHER ORDERED** that pursuant to the Motion to Continue, the time from April 26, 2022, to _____, 2022, will be excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) as the exclusion would serve the ends of justice and outweigh the interest of the public and the defendant in a speedy trial.

**SO ORDERED**

_____          _____
DATE                                                                         **HONORABLE EMMET G. SULLIVAN**
                                                                                      **UNITED STATES DISTRICT JUDGE**