# EXHIBIT 1

# PLACE HOLDER