

Exhibit 2 - Page 1 of 4



# CHARLES STEWART MOTT COMMUNITY COLLEGE

THE BOARD OF TRUSTEES BY VIRTUE OF THE AUTHORITY VESTED IN THEM BY THE STATE OF MICHIGAN HAS CONFERRED UPON

## Jeffery W. Hubbard

THE TITLE OF

### ASSOCIATE IN APPLIED SCIENCE
### AUTOMOTIVE TECHNOLOGY

WITH ALL THE RIGHTS, PRIVILEGES AND HONORS THERETO PERTAINING HERE AND ELSEWHERE.

DATED AT FLINT, IN THE STATE OF MICHIGAN,

### DECEMBER 20, 2000

BOARD OF TRUSTEES        PRESIDENT

Exhibit 2 - Page 2 of 4

# Oakland Community College

has conferred upon

## Jeffery William Hubbard

the

## Associate in General Studies

Degree

With all the rights and privileges thereunto appertaining

In Witness Whereof, this diploma is issued by the Board of Trustees

upon the recommendation of the Faculty this month of June, 2007.

_____  
Chair, Board of Trustees

_____  
Interim Chancellor

Exhibit 2 - Page 3 of 4

# Oakland Community College

has conferred upon

## Jeffery William Hubbard

the

## Associate in Liberal Arts

Degree

With all the rights and privileges thereunto appertaining

In Witness Whereof, this diploma is issued by the Board of Trustees upon the recommendation of the Faculty this month of June, 2008.

Chair, Board of Trustees

Chancellor

Exhibit 2 - Page 4 of 4