C. Renée Manes
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123
Fax (503) 326-5524
E-mail: Renee_Manes@fd.org
Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 1:21-cr-00737-CJN |
| Plaintiff, | |
| v. | **NOTICE OF FILING DEFENDANT'S SENTENCING EXHIBIT 1** |
| **JEFFREY WILLIAM HUBBARD**, | |
| Defendant. | |

Jeffrey Hubbard, the defendant in this matter, through his attorney, C. Renée Manes, respectfully provides defendant's Sentencing Exhibit 1 for the consideration of this Court at the time of our sentencing. That Exhibit is a letter/email from Mr. Hubbard, which follows hereon.

Respectfully submitted this 16th day of February, 2023.

 /s/ C. Renée Manes
C. Renée Manes
Attorney for Defendant

**Renee Manes**

---

| | |
|---|---|
| **From:** | Jeffery Hubbard |
| **Sent:** | Thursday, February 16, 2023 6:30 PM |
| **To:** | Renee Manes |

EXTERNAL SENDER

Hello Your Honor,

Thank you for moving the sentencing dade one week. I would also like to thank you for accepting my Character letter at the 11th hour.  Life has dealt me a Whammy with this allergic reaction (Throat closing up), Trachea, and Trachea recovery.

I am Ashamed of my actions on January 6th 2020 when I chose to go through the window and wander around the inside of the U.S. Capitol for 54 minutes. Some actions I have taken to prevent this type of behavior in the future:

Social media will be controlled. As of February 15th 2023 I do not see any social media in my future.

Distancing myself from the Energy of any type of Rally


Those actions I professed on January 6th 2020 do not profess who I really am.  I help people, I have volunteered for everything from War to working at a Christian Summer Camp to working at a non kill dog shelter.  In Iraq I purchased a pedal bike for the Iraqi Interpreter because his bike broke. A buddy and I drove through the night on September 13th 2001 to help volunteer in Jersey City to load Tug Boats with supplies for Ground Zero to be a part of the volunteer effort after 9/11 2001.


Thank You

Jeffery Hubbard

Exhibit 1 -- Page 1 of 1